The Shell Law Firm, PLLC
Martin Shell (MS 5689)
11 Broadway, Suite 615
New York, New York 10004
Telephone: (646) 616-3983
Facsimile: (212) 480-8560
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------:
EMRY CAPITAL GROUP                              :
                                                :
            Plaintiff,                          : CIVIL ACTION NO.
                                                :
      -against-                                 : **ORDER TO SHOW CAUSE FOR**
                                                : **PRELIMINARY INJUNCTION**
DKG CAPITAL INC., ACTIVIST                      : **AND TEMPORARY RESTRAINING**
INVESTING, LLC and DAVID LASAR                  : **ORDER**
                                                :
            Defendants                          :
-------------------------------------------------------------

Upon the affidavit of Miro Zecevic, sworn to the 12th day of June 2020, and upon the copy of the complaint hereto annexed along with all supporting documentation including Plaintiff's Memorandum of Law, it is

ORDERED, that the above name defendant, DKG Capital Inc. show cause before a motion term of this Court, at Room ___, United States Courthouse, 500 Pearl Street, in the City, County and State of New York on _____ _____, 2020, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendant DKG Capital Inc. ("DKG") during the pendency of this action from transferring or issuing any common or preferred shares of stock, the Control Block or otherwise to the Defendant Activist Investing LLC, ("Activist") or any other third party until further order of the Court; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., DKG is temporarily restrained and enjoined from transferring or issuing any common or preferred shares of stock to anyone until further order of the Court; and it is further

Ordered that security in the amount of $0.00 be posted by the Plaintiff prior to June ____, 2020, at ____ o'clock in the ____ noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the _____ noon, _____ _____, 2020, shall be deemed good and sufficient service thereof.

Date: New York, New York

ISSUED:_____M

_____
United States District Judge