UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMRY CAPITAL GROUP,

                              Plaintiff,                    20 Civ. 4512 (PAE)

                -v-

DKG CAPITAL INC., ACTIVIST INVESTING,                ORDER
LLC, and DAVID LASAR,

                             Defendants.

---

PAUL A. ENGELMAYER, District Judge:

      On June 15, 2020, the Court issued an order to show cause and temporary restraining order, restraining defendant DKG Capital Inc. ("DKG") from transferring or issuing any common or preferred shares of stock to anyone until further order of the Court. Dkt. 7 (the "OTSC"). The Court ordered that plaintiff serve defendants by June 16, 2020, that defendants serve plaintiff with any opposition papers by June 23, 2020, and that plaintiff reply by June 26, 2020. *Id.* The Court further ordered that "the answering and reply briefs referenced above shall be filed with the Court by ECF as soon as possible following the service instructed above." *Id.* As of the morning of June 25, 2020, defendants are yet to appear or file any opposition papers.

      Accordingly, the Court orders plaintiff to file an affidavit of service—specifying the date, time, and method of service of the OTSC—**by today, June 25, 2020, at 12 p.m.** The Court further orders defendants to appear and file their opposition papers, if any, **by 5 p.m., today**.

      SO ORDERED.

                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: June 25, 2020
        New York, New York