UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMRY CAPITAL GROUP, INC.,

        Plaintiff,

-against-

DKG CAPITAL INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/20

20-CV-4512 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential settlement letters. It appears that the parties have not yet complied with ¶ 2 of the Court's July 10, 2020 Order Scheduling Settlement Conference (Dkt. No. 22), which required them – *before* their confidential settlement letters were due – to conduct at least one good-faith settlement discussion in real time and to convey at least one good-faith settlement demand or offer to one another.

    **No later than 5:00 p.m. (EST) today, July 14, 2020**, the parties shall file a joint letter on the public docket confirming they have complied with ¶ 2 by conducting the required good-faith settlement discussion and exchanging the required offers.

Dated: New York, New York
       July 14, 2020

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**