UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMRY CAPITAL GROUP, INC.,

         Plaintiff,

   -against-

DKG CAPITAL INC., et al.,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/20

20-CV-4512 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated during today's telephonic settlement conference, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, no later than **July 17, 2020,** advising the Court as to whether the parties have reached agreement on all material points of a settlement.

Dated: New York, New York
      July 15, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**